

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 2, 2017

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILLIAM GLENN HIX | § | CASE NO.   17-20223-RLJ-13 |
| and | § | |
| KAYLIE BREANNA HIX | § | |
| | § | |
| DEBTORS | § | |

### ORDER ON DEBTORS OBJECTION TO CLAIM

CAME ON to be heard Debtors Objection to Claim of LVNV Funding LLC (claim 13). After reviewing the pleading filed on behalf of the Debtors by Debtors counsel, the Court finds the claim of LVNV Funding LLC (claim 13) should be disallowed.

IT IS THEREFORE ORDERED, the claim of LVNV Funding LLC (claim 13) filed in the above entitled matter is disallowed.

### End of Order###

**PREPARED BY:**

Patrick A. Swindell
SBN 19587450
Swindell Law Firm
1105 S. Taylor
Amarillo, TX 79101
(806) 374-7979
(806) 374-1991 Fax
**COUNSEL FOR DEBTORS**